# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Philip Gaye Gbadyu,

          Petitioner,

Case No.: 16-cv-548 (DSD/SER)

v.

**ORDER**

Loretta E. Lynch, Jeh Johnson, Peter B. Berg, Warden of Immigration Detention Facility, and Jim Olson,

          Respondents.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Philip Gaye Gbadyu's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. Sec. 2241 [Doc. No. 1] is **DENIED**; and

2. This action is **DISMISSED without prejudice**.

Dated: November 16, 2016

s/David S. Doty
David S. Doty, Judge
United States District Court