# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Philip Gaye Gbadyu,

    Petitioner,

v.

Loretta E. Lynch, Jeh Johnson, Peter B. Berg, Warden of Immigration Detention Facility, and Jim Olson,

    Respondents.

Case No.: 16-cv-548 (DSD/SER)

AMENDED **ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Philip Gaye Gbadyu's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. Sec. 2241 [Doc. No. 1] is **DENIED**; and

2. This action is **DISMISSED without prejudice**.
   LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 16, 2016

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court